# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE K. CORNETT,<br>       Plaintiff,<br>v.<br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>       Defendant. | Case No. 2:19-cv-206-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: January 6, 2020

HON. STEVE KIM
U.S. MAGISTRATE JUDGE