JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE K. CORNETT,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>COMMISSIONER OF SOCIAL<br>SECURITY<br><br>  Defendant | No. 2:19-cv-00206-SK<br><br>ORDER AWARDING<br>ATTORNEYS FEES PURSUANT TO<br>EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4,700.00 in attorney's fees, subject to the terms of the stipulation.

Dated: __April 2, 2020__

_____
HON. STEVE KIM
U.S. Magistrate Judge